IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No.: 16-34953 |
| ) | |
| Kari L Hupfel ) | Chapter 13 |
| ) | |
| Debtor(s). ) | Judge: Janet S. Baer (Kane) |

NOTICE OF MOTION

TO:   Kari L Hupfel, 2N441 Ancient Oaks Drive West Chicago, IL 60185 *via US mail*

Trustee Glenn B Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532 *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago IL 60604 *via ECF clerk's electronic delivery system*

See attached service list

PLEASE TAKE NOTICE that on **September 22, 2017 at 10:00 a.m.**, I shall appear before the Honorable Judge Janet S. Baer at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134 or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:   /s/ *David H. Cutler*
David H. Cutler

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice and Motion upon the parties named above on September 1, 2017 before the hour of 10:00 p.m. from the office located at 4131 Main Street., Skokie, Illinois 60076.

By:   /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St,
Skokie, IL 60076
Phone: (847) 673-8600

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No.: 16-34953 |
|---|---|---|
| | ) | |
| Kari L Hupfel | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge: Janet S. Baer (Kane) |

MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Kari L Hupfel, by and through her attorneys, the law office of CUTLER & ASSOCIATES, and in support of this Motion, states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on November 1, 2016 and her Chapter 13 plan was confirmed on February 10, 2017.

3. The Debtor's Plan was confirmed with a payment of $550 for 3 months, then $560 for 33 months until the end of the plan with unsecured creditors receiving 10% of their unsecured claims.

4. The Debtor as of the date of this motion has a default of $1,667.70. The Debtor was originally making her plan payments directly to the trustee and then she went on payroll control. Between the time payroll control began the debtor incurred out of pocket medical bills and fell behind on her plan payments.

5. The Debtor's plan payments are currently being deducted from her paycheck but the Debtor is not able to catch up on the full default amount.

6. The Debtor is looking to defer her current plan default to the end of the plan.

7. The Debtor seeks to modify her Plan post confirmation to defer the current trustee default to the end of the plan.

WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan Post Confirmation to defer the current default until the end of the plan; and for such further relief that this Court may deem just and proper.

Dated: September 1, 2017               Respectfully Submitted,

                                       By:   /s/ David H. Cutler
                                             David H. Cutler, esq.,
                                             Counsel for Debtor(s):
                                             Cutler & Associates, Ltd.
                                             4131 Main St.
                                             Skokie, IL 60076
                                             Phone: (847) 673-8600